SHAWN HALBERT (CSBN 179023)
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
shawn@shawnhalbertlaw.com

Attorney for Defendant Cinthia Rodriguez

FILED

Mar 18 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CINTHIA RODRIGUEZ, <br><br>    Defendant. | CASE NOS. CR 19-711 CRB AND CR 19-0343 CRB <br><br> STIPULATION AND [PROPOSED] ORDER RE TEMPORARY RETURN OF PASSPORT TO CINTHIA RODRIGUEZ |

Counsel for defendant Cinthia Rodriguez and the government stipulate as follows:

1. Ms. Rodriguez has been on pretrial release since December 24, 2019 and has complied with the conditions of her pretrial release since that time. Ms. Rodriguez is also on release from immigration custody.

2. Ms. Rodriguez surrendered her Honduran passport to U.S. Pretrial Services as a condition of release in 2019.

3. Ms. Rodriguez has requested use of her Honduran passport as identification in order to enroll her daughter in Oakland school and to obtain immigrant benefits.

4. The United States and U.S. Pretrial Services have no objection to Ms. Rodriguez obtaining her Honduran passport from U.S. Pretrial Services for a temporary period during which she

can use it for the above-referenced purposes.

5. The parties submit that the Court should order that Ms. Rodriguez shall receive her passport for a 10-day period, effective as soon as U.S. Pretrial Services can accommodate, and shall return it to Pretrial Services within 10 days of receiving it. If Ms. Rodriguez needs additional time, the parties can submit an additional stipulation.

IT IS SO STIPULATED.

Dated: March 18, 2021

STEPHANIE M. HINDS
Acting United States Attorney

/s/
SAILAJA PAIDIPATY
Assistant United States Attorney

Dated: March 18, 2021

/s/
SHAWN HALBERT
Counsel for Cinthia Rodriguez

### [PROPOSED] ORDER

For good cause shown, the Court HEREBY ORDERS that U.S. Pretrial Services shall provide Ms. Rodriguez with her Honduran passport for a 10-day period, effective as soon as U.S. Pretrial Services can accommodate, and shall return it to Pretrial Services within 10 days of receiving it.

IT IS SO ORDERED.

DATED: March 18. 2021

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

Stipulation and [Proposed] Order
CASE NOS. CR 19-711 AND CR 19-0343 CRB

2